# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: csmall | Date Created: 9/25/2017 |
| Case: 1−17−44842−cec | Form ID: 309A | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Richard Enrique Ulloa   1049 73rd Street   3rd Floor   Brooklyn, NY 11228 | |
| tr | Robert J Musso   26 Court Street   Suite 2211   Brooklyn, NY 11242 | |
| aty | Derrick Hanna   Hanna & Vlahakis   7504 Fifth Avenue   Brooklyn, NY 11209 | |
| smg | NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205 | |
| smg | NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 | |
| smg | NYS Unemployment Insurance   Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240 | |
| smg | Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014 | |
| 9101864 | Aaron Bail Bond   90 Broadway − 2nd Floor   Paterson, NJ 07505 | |
| 9101865 | Discover   Bankruptcy Dept.   PO Box 3025   New Albany, OH 43054 | |
| 9101866 | IRS   Centralized Bankruptcy   PO Box 73416   Philadelphia, PA 19101−7346 | |
| 9101867 | NYS Dept of Taxation   and Finance   WA Harriman Campus   Albany, NY 12227 | |
| 9101868 | US Courts   Administrative Office of   the United States Court   One Colubus Circle NE   Washington, DC 20544 | |

TOTAL: 12