BL9280132

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| RICHARD ENRIQUE ULLOA | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 17-44842-CEC |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Centurion Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

By: /s/ Deachu Ponnappa

Deachu Ponnappa, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Date:   11/09/2017