# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/27/2017 |
| Case: 1−17−44842−cec | Form ID: 318DF7 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
tr          Robert J Musso          rmusso@nybankruptcy.net
aty         Derrick Hanna           gaajvi@gmail.com

                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Richard Enrique Ulloa          1049 73rd Street          3rd Floor          Brooklyn, NY 11228
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
9101864     Aaron Bail Bond          90 Broadway − 2nd Floor          Paterson, NJ 07505
9137982     American Express Centurion Bank          c/o Becket and Lee LLP          PO Box 3001          Malvern PA 19355−0701
9101865     Discover          Bankruptcy Dept.          PO Box 3025          New Albany, OH 43054
9101866     IRS          Centralized Bankruptcy          PO Box 73416          Philadelphia, PA 19101−7346
9101867     NYS Dept of Taxation          and Finance          WA Harriman Campus          Albany, NY 12227
9101868     US Courts          Administrative Office of          the United States Court          One Colubus Circle NE          Washington, DC 20544

                          TOTAL: 11