United States Bankruptcy Court
Eastern District of New York

In re:                                                            Case No. 17-44842-cec
Richard Enrique Ulloa                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: admin           Page 1 of 1              Date Rcvd: Dec 27, 2017
                            Form ID: 318DF7       Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db          +Richard Enrique Ulloa,   1049 73rd Street,   3rd Floor,   Brooklyn, NY 11228-1915
smg          NYC Department of Finance,   345 Adams Street,   Office of Legal Affairs,
              Brooklyn, NY  11201-3719
smg         +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
              Albany, NY 12240-0001
9101864     +Aaron Bail Bond,   90 Broadway - 2nd Floor,   Paterson, NJ 07505-1107
9101866      IRS,   Centralized Bankruptcy,   PO Box 73416,   Philadelphia, PA 19101-7346
9101868     +US Courts,   Administrative Office of,   the United States Court,   One Colubus Circle NE,
              Washington, DC 20544-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Dec 27 2017 18:21:36
              NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,
              Albany, NY 12205-0300
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 27 2017 18:21:17
              Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
              U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
9137982      EDI: BECKLEE.COM Dec 27 2017 18:18:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
9137982      E-mail/Text: bnctest@becket-lee.com Dec 27 2017 18:21:04      American Express Centurion Bank,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
9101865     +EDI: DISCOVER.COM Dec 27 2017 18:18:00      Discover,   Bankruptcy Dept.,   PO Box 3025,
              New Albany, OH 43054-3025
9101867     +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Dec 27 2017 18:21:36     NYS Dept of Taxation,
              and Finance,   WA Harriman Campus,   Albany, NY 12227-0001
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
              Derrick  Hanna    on behalf of Debtor Richard Enrique Ulloa gaajvi@gmail.com,
               hvlawoffices@gmail.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert J Musso    rmusso@nybankruptcy.net, NY52@ecfcbis.com
                                                                                             TOTAL: 3

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Richard Enrique Ulloa** | Social Security number or ITIN  **xxx–xx–8283** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1–17–44842–cec** | |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Richard Enrique Ulloa
    aka Richard E. Ulloa

**IT IS FURTHER ORDERED**:

- Robert J Musso (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

                                                    **BY THE COURT**

Dated: December 27, 2017                           s/ Carla E. Craig
                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**